# EXHIBIT 1

 **Melisa Coyle <schedulingcoylelaw@gmail.com>**

## Fwd: GEICO claim Letter

1 message

**Melisa Coyle** <mcoyle@thecoylelawfirm.com>
To: Melisa Coyle <schedulingcoylelaw@gmail.com>

Fri, Feb 5, 2021 at 4:11 PM

---------- Forwarded message ---------
From: <do_not_reply@geico.com>
Date: Fri, Feb 5, 2021 at 3:48 PM
Subject: GEICO claim Letter
To: <mcoyle@thecoylelawfirm.com>

Please Review An Important Message From GEICO About Your Claim

Your Claim Number: 0278796730101092

An Important Message From GEICO About Your Claim

February 5, 2021

Dear The Coyle Law Firm, P.a.,

Please be advised that this letter has been emailed to mcoyle@thecoylelawfirm.com.

GEICO has received your 01/13/2021 30-Day Demand submitted pursuant to Section 627.736(10), Florida Statutes (the "Pre-Suit Demand"). The Pre-Suit Demand was received in our office on 01/16/2021.

Please be advised that your demand was deficient in that it demanded payment based upon full charges well in excess of the maximum charges allowed under the policy and PIP statute. See Allstate Ins. Co. v. Orthopedic Specialists, 212 So. 3d 973, 976 (Fla. 2017). GEICO

reserves all rights with respect to your demand, including that the demand fails to satisfy the condition precedent of filing suit pursuant to Section 627.736(10), Florida Statutes.

Nevertheless, while reserving all rights, we have reviewed the Pre-Suit Demand regarding the 02/17/2017 services provided by All X-Ray Diagnostic Services, Inc. to [redacted] for $174.80.

Please be advised that the full no-fault coverage benefits under the insurance policy for the above assignor have been exhausted. Under Florida law, once PIP benefits are paid, no further payment is due. See Sheldon, D.C. v. USAA, 55 So. 3d 593 (Fla. 5th DCA 2010); Progressive American Ins. Co. v. Stand-Up MRI of Orlando, 990 So.2d 3 (Fla. 5th DCA 2008); Simon v. Progressive, 904 So.2d 449 (Fla. 4th DCA 2005). Nevertheless, in order to protect the interest of our insureds, we are making an additional payment on this claim.

Checks have been issued and have been sent separately. These checks include:

| | |
|---|---|
| PIP Benefits: | $32.99 |
| Interest: | $8.95 |
| 10% Penalty: | $4.19 |
| Postage: | $6.48 |

If you contend that additional benefits remain due for reasons not specified in your demand letter or if some error has been made with respect to any payment included with this demand response, we request that you submit a new demand that sets forth with specificity the exact amount that you claim to be due, the services or payments for which you believe a payment was made in error, and an explanation of your position. We will review any contentions in your renewed demand. If we do not receive a renewed demand, we will rely on your silence to conclude that this response satisfies all of your contentions with respect to additional amounts claimed to be due.

A PIP log will follow under separate cover.

Sincerely,

Lacurra Bryant

863-619-4932

Do not reply to this email. Information emailed in response to this message will not become part of your claim file; submit your inquiries to contact us .

Government Employees Insurance Company

One GEICO Plaza, Washington, D.C. 20076

**Detailed Payment Summary**

GOVERNMENT EMPLOYEES INSURANCE CO
Field Claim Center: 08 Florida

**NO. N 221548104**

**Date:** 02/08/2021

*2000212787967301010920071 22*

ONE GEICO CENTER
MACON, GA 31296-0001

**Claim #:** [redacted]
**Date of Loss:**

**Claimant Name:** [redacted]
**Insured Name:** [redacted]
**Tax ID / SS# /** XX-XXX4774
**Atty ADJ Code:**
**Adjuster Code:** NN15

**Pay To:**
All X-Ray Diagnostic Services, Inc.

The Coyle Law Firm, P.A.
407 Lincoln Rd Ste 8E
Miami Beach Fl 33139-3025

**Total Amount:**
$*******32.99

**Payment Type:**
LOSS

**IP AND FEATURE AND AMOUNT**
02 QNB $*****32.99

679283461 00004782 00000001/00000003 00007122/00010000

**In Payment Of**
Personal Injury Protection
DOS: 02/17/2017-02/17/2017

**Visit geico.com**

**Now, parties involved in a GEICO claim can track the progress of the claim, view damage photos and more at geico.com! *GEICO policyholders can make a payment, change drivers or vehicles and request additional coverages.* Not insured with GEICO? 15 minutes could save you 15% or more on car insurance. Of course, we're also available for policy or claim service 24/7 at 1-800-841-3000.**

* These online services are unavailable to Assigned Risk policyholders and Commercial policyholders.

clmschck PLEASE DETACH AND KEEP FOR YOUR RECORDS

GOVERNMENT EMPLOYEES INSURANCE CO
ONE GEICO CENTER
MACON, GA 31296-0001

**Bank of America**
South Portland, ME 04106

52-153
112 ME

**NO. N 221548104**
VOID AFTER 180 DAYS
**Date:** 02/08/2021

**Claimant:** [redacted]
**Insured Name:** [redacted]
**Feature Symbol & Amount**
QNB $*****32.99

**Claim Number:** [redacted]
**In Payment of:** Personal Injury Protection
DOS: 02/17/2017-02/17/2017

**Amount:**
$*******32.99

**THIRTY-TWO*AND*99/100*DOLLARS**************************************************************************************

**Pay to the Order of:**
ALL X-RAY DIAGNOSTIC SERVICES, INC.

**Mail To:**
The Coyle Law Firm, P.A.
407 Lincoln Rd Ste 8E
Miami Beach Fl 33139-3025

Neal M. Craig

⑈221548104⑈ ⑆011201539⑆ 222007960 7⑈

GEICO
geico.com

EOR #: GF4058824

# EXPLANATION OF REVIEW

Florida

*200012787967301010920071 23*

| | | | |
|---|---|---|---|
| **Receive Date** | : 03/15/2017 | **Claim Number** | : |
| **Service Provider** | : **ALL X RAY DIAGNOSTIC SERVICES** | **Date Of Loss** | : 02/10/2017 |
| | | **Patient** | : |
| | 4210 NW 4TH STREET<br>Miami, FL 33126 | | |
| **Case Number** | : | | |
| **Billing Provider** | : **ALL X RAY DIAGNOSTIC SERVICES** | **Patient Account #** | : LOPMA036 33411 |
| | | **Adjuster Name** | : Stephanie Kasarda |
| 20-2424774 | 4210 NW 4th St<br>Miami, FL 33126-5427 | **Carrier** | : **GEICO**<br>PO Box 9091<br>Macon, GA 31208-9091 |
| **Dates Of Service** | : 02/17/2017 - 02/17/2017 | | |

| Diagnostic Codes | Description |
|---|---|
| S13.4XXA | Sprain lig cerv spine initial enc |
| S23.3XXA | Sprain ligaments t-spine initial |
| S63.502A | Unspecified sprain lt wrist initial |
| S50.12XA | Contusion left forearm initial enc |
| S40.022A | Contusion left upper arm initial |

679283461 00004782 00000002/00000003 00007123/00010000

| LINE | DOS | PROC CODE | MOD | DESCRIPTION | UNITS | CHARGE | REDUCTION | *PEN REDUCTION | PROVIDER REIMBURSE | EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 02/17/17 | 72052 | | Radex spine cervical 6 or more views | 1.0 | $700.00 | $561.32 | $0.00 | $138.68 | 721 |
| 2 | 02/17/17 | 72074 | | Radex spine thoracic minimum 4 views | 1.0 | $700.00 | $596.74 | $0.00 | $103.26 | 721 |
| 3 | 02/17/17 | 73110 | | Radex wrist complete minimum 3 views | 1.0 | $500.00 | $425.08 | $0.00 | $74.92 | 721 |
| 4 | 02/17/17 | 73090 | | Radex forearm 2 views | 1.0 | $375.00 | $314.82 | $0.00 | $60.18 | 721 |
| 5 | 02/17/17 | 73060 | | Radex humerus minimum 2 views | 1.0 | $375.00 | $306.72 | $0.00 | $68.28 | 721 |
| **Total Lines :** 5 | | | | | | $2,650.00 | $2,204.68 | $0.00 | $445.32 | |

Track your medical claims submitted to GEICO by enrolling in our online Medical Provider Claim Tracking website at: https://partners.geico.com/mpctweb.

For questions regarding payment and this EOR, please call your GEICO adjuster Stephanie Kasarda at 863-607-5557 x5557.