UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 1:20-cv-24500-DPG

**ALL X-RAY DIAGNOSTIC SERVICES, CORP.**, as assignee,
on behalf of itself and all others similarly situated,

    Plaintiff,
vs.

**GEICO INDEMNITY COMPANY**,

    Defendant.
_____/

## NOTICE OF CASE LAW IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S AMENDED MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

**COMES NOW**, the Plaintiff by and through the undersigned counsel and hereby files the following case in support of the Plaintiff's Response in Opposition to the Defendant's Amended Motion to Dismiss Plaintiff's Amended Complaint and Incorporated Memorandum of Law:

**David Rivera v. State Farm Mutual Automobile Insurance Company**, Case No. 3D21-27 (Fla. 3d DCA February 24, 2021) (Holding that in order for an insured's pre-suit demand letter to comply with section 627.736(10), it must provide the exact information listed in the statute.)

    Dated:  February 24, 2021

                                                **THE COYLE LAW FIRM, P.A.**
                                              407 Lincoln Rd., Ste 8-E
                                              Miami Beach, FL 33139
                                              P:  305-604-0077
                                              F:  305-602-9616
                                              MCoyle@thecoylelawfirm.com

Service@thecoylelawfirm.com

By:  S/ Melisa Coyle
Melisa Coyle, Esq.
FBN: 791741

**BUCHALTER, HOFFMAN & DORCHAK LAW FIRM**
1075 NE 125th St Suite 202
North Miami, FL 33161
P:  305-891-0211
F:  305-891-2073
**kdorchak@bhdlawfirm.com**

By:  S/ Kenneth Dorchak
Kenneth Dorchak, Esq.
FBN:  912689

CERTIFICATE OF SERVICE

I certify that on February 24, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide notice and a copy of this document to the counsel of record in this case.

/s/ Melisa Coyle
Melisa Coyle, Esq.